UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATHEW YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GROOTBOOM, et al.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01374-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

　　　　This action began with a *pro se* civil-rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* for inmate submitted by a state prisoner. Docket Nos. 1-1, 1. According to the Nevada Department of Corrections inmate database, Plaintiff Mathew Young has been released on parole and is no longer incarcerated. Plaintiff has submitted a First Amended Complaint and filed his updated address with the Court. Docket Nos. 3, 4. Plaintiff's application to proceed *in forma pauperis* for inmate is moot because he is no longer incarcerated.

　　　　Accordingly, and for the reasons stated above,

　　　　IT IS ORDERED that the application to proceed *in forma pauperis* for inmate, Docket No. 1, is **DENIED** without prejudice as moot.

　　　　IT IS FURTHER ORDERED that, no later than **May 22, 2024**, Plaintiff must either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* for non-inmates.

　　　　IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* for non-inmates or pay the required filing fee.

/ / /

/ / /

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Mathew Young the approved form application to proceed *in forma pauperis* for non-inmates and the document titled information and instructions for filing an *in forma pauperis* application.

IT IS SO ORDERED.

DATED: April 22, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE